No. 634. BALTIMORE & OHIO RAILROAD Co. *v.* JOSEPH, ADMINISTRATOR. January 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth

Circuit denied. *Mr. Raymond T. Jackson* for petitioner. *Mr. Peter Q. Nyce* for respondent.